IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **PATRICK SMITH,** | ) | **CASE NO. 4:09CV3257** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| **NEBRASKA STATE PENITENTIARY,** | ) | |
| **DR. CASEBOLT, DENNIS** | ) | |
| **BAKEWELL, Warden, and ROBERT** | ) | |
| **P. HOUSTON, Director,** | ) | |
| | ) | |
| **Defendants.** | ) | |

This matter is before the court on Plaintiff's Motion to Reconsider. (Filing No. 13.) In his Motion, Plaintiff seeks reconsideration of the court's March 3, 2010, Memorandum and Order and Judgment. (Filing Nos. 9 and 10.) The court has carefully reviewed Plaintiff's Motion and finds no good cause to reconsider its March 3, 2010, Memorandum and Order and Judgment.

IT IS THEREFORE ORDERED that:

1. Plaintiff's Motion to Reconsider (Filing No. 13) is denied; and

2. Plaintiff's Motion to Amend (Filing No. 11) and Motion to Appoint Counsel (Filing No. 12) are denied as moot.

DATED this 28th day of April, 2010.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.